

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00215-CV

Michael **GONZALEZ** and Dolores Gonzalez,
Appellants

v.

**ARDC RUIZ, LTD.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV01239
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs be assessed against appellants because they qualify as indigent.

SIGNED July 10, 2024.

_____
Beth Watkins, Justice